UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

FILED
JAMES J. VILT, JR. - CLERK
JAN 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| JAMES HAWKINS, | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 4:22-CV-16-JHM |
| vs. | ) |
| | ) |
| ELLIS ENTERTAINMENT, LLC | ) |
| D/B/A ELLIS PARK, | ) |
| Defendant. | ) |

### COMPLAINT FOR DAMAGES
(Demand for Trial by Jury)

Comes now the Plaintiff, James Hawkins, by counsel, and for his Complaint against Defendant, Ellis Entertainment, LLC d/b/a Ellis Park ("Ellis Park") states as follows:

### JURISDICTION

1. James Hawkins ("Hawkins") is a male resident of Evansville, Indiana.

2. Defendant, Ellis Park, is a Kentucky Limited Liability Company with its principal place of business in Henderson, Kentucky.

3. The amount of controversy in this case exceeds Seventy Five Thousand Dollars ($75,000).

4. This action is brought under the provisions of 28 U.S.C.A. 1332.

5. This Court has jurisdiction of this matter.

6. All conditions precedent to the institution of this action have been met.

### GENERAL ALLEGATIONS

7. On April 23, 2021, Hawkins was walking up the stairs at Ellis Park when he slipped on a slippery surface and fell down the stairs to the bottom.

8. Hawkins sustained multiple injuries, including a comminuted distal right clavicular

fracture, a fracture of the right proximal ulna at the base of the olecranon process with extension into the ulnohumeral articulation, and lacerations to his head.

9. As a further result of the fall, Hawkins incurred hospital and medical expenses, and will continue to incur such expenses and losses in the future, as well as the loss of a whole and useful life.

10. The Defendant holds its place of business open to the general public and advertise its business.

11. At all times relevant to this Complaint, Hawkins was a business invitee of the Defendant.

12. The Defendant had a duty to maintain its stair well to make sure it is in a safe condition that would not pose a danger to the welfare of Hawkins and the general public.

13. The Defendant either knew or should have known of the hazardous condition of the stair well.

14. The Defendant breached its duty when it negligently failed to correct the hazardous condition and negligently failed to warn Hawkins and the public of the danger.

15. As a proximate result of the Defendant's negligence and the hazardous condition described above, Hawkins suffered serious bodily injury, required medical treatment, and is still suffering from severe pain.

WHEREFORE, Hawkins respectfully prays for judgment against the Defendant including but not limited to:

    a.    Damages in an amount to be proved at trial;

    b.    Costs incurred in pursuing this action,

    c.      This Court retaining jurisdiction of this action to ensure full compliance by the Defendant with the Court's judgment and decree; and

    d.      All such other relief to which Hawkins may be entitled and which may be just and proper in the premises.

> BARBER & BAUER, LLP
> 124 SE First Street, Suite 101
> Evansville, Indiana 47708
> Telephone: (812) 425-9211
>
> By: *[signature]*
> Erin Bauer, Atty. No. 27733-82

## DEMAND FOR JURY TRIAL

Hawkins respectfully requests a trial by jury on all counts of this Complaint.

> BARBER & BAUER, LLP
> 124 SE First Street, Suite 101
> Evansville, Indiana 47708
> Telephone: (812) 425-9211
>
> By: *[signature]*
> Erin Bauer, Atty. No. 27733-82